UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ELLIOT A. WRIGHT,

                          Plaintiff,

            v.                                          1:23-CV-696
                                                       (AMN/DJS)

MITSUBISHI HC CAPITAL AMERICA and CUMMINS INC.,

                        Defendants.
_____

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

Presently pending are two Motions by Plaintiff. First, he seeks an order "from the court compelling the defendants to produce a response, or resolution to the requested actions regarding [this] case." Dkt. No. 36. That Motion is denied. Defendants shall respond to Plaintiff's most recent filing as directed by Judge Nardacci's August 30, 2024 Order. *See* Dkt. No. 39. Second, Plaintiff requests permission to file documents electronically. Dkt. No. 37. Plaintiff's Motion does not comply with the requirements for such a request as set forth in section 12.1 of this Court's General Order 22 and, therefore, the request is denied.

Dated:  September 26, 2024
           Albany, New York

                                                          Daniel J. Stewart
                                                           U.S. Magistrate Judge